IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.          Case No. 4:14-cr-00002-02 KGB

MICHAEL DAVID MANIS             DEFENDANT

## ORDER

On February 10, 2015, the psychiatric report of defendant Michael David Manis was filed under seal (Dkt. No. 35). Copies of the report were provided to counsel for the United States and counsel for Mr. Manis. In this Court's Order of February 13, 2015, counsel were directed to file a motion for hearing regarding any issues in the report or to file a motion in opposition to the report within 14 days from receipt of the report. No opposition to the psychiatric report has been filed, and no hearing has been requested. Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

It is so ordered this 25th day of February, 2015.

_____
Kristine G. Baker
United States District Judge